IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Hurt,<br><br>     Plaintiff,<br><br>v.<br><br>Mignacca LLC, et al.,<br><br>     Defendants. | No. CV-18-02194-PHX-SMB<br><br>**ORDER** |

The Court, having considered the Parties' Stipulation to Dismiss with Prejudice (Doc. 28), and good cause appearing,

IT IS HEREBY ORDERED **granting** the Parties' Stipulation and dismissing this action, in its entirety including all claims and counterclaims, with prejudice.

IT IS FURTHER ORDERED that each party shall bear their own costs and attorneys' fees.

Dated this 1st day of March, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge